UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                           Case No. 2:25-cr-38-KCD-NPM

FREDERICK CHARLES KUTCHINSKY
    a/k/a "Charles Sheffield"

## PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the

following firearms and ammunition:

      a.     410 shotgun firearm (s/n: P547509);

      b.     Henry Repeating Arms firearm, .45 caliber (s/n: BB0035112);

      c.     Ruger 57 firearm, .57 caliber (s/n: AOB02933);

      d.     Kimber Pro Carry II firearm (s/n: KR155684);

      e.     Palmetto State Armory firearm (s/n: RK014985);

      f.     Auto Ordinance Corp. firearm (s/n: AOB02933);

      g.     Ruger Mark IV firearm (s/n: 500371833);

      h.     Rossi Brawler firearm (s/n: 7CD019653U);

      i.     Silber Sierra 6 revolver firearm (s/n: PB0150347);

      j.     Kimber Pro Carry II firearm, 9mm (s/n: KR237189);

      k.     Heritage Rough Rider firearm (s/n: F42378);

      l.     Kimber Amethyst Ultra II firearm (s/n: KAU2131);

m.  Kimber Micro 9 ESV firearm (s/n: PB0290798);

n.  Heritage Rough Rider firearm (s/n: T38154);

o.  CMC 1979 firearm (no serial number);

p.  Heritage Rough Rider firearm (s/n: M09054);

q.  Mod 552 firearm (s/n: AG32722);

r.  Kimber Hero firearm (s/n: K718767);

s.  Kimber Micro 9 Rapide firearm, 9mm (s/n: PB0346391);

t.  SIG Sauer P320 firearm (s/n: M17A071271);

u.  Intratech DC9 firearm (s/n: D018878);

v.  Colt Defense firearm, 5.56 caliber (s/n: X001372);

w.  Colt Defense firearm, 5.56 caliber (no serial number);

x.  Tactical Life LLC firearm (s/n: TLR-00865);

y.  SIG Sauer firearm (s/n: 70F015085);

z.  Henry Repeating firearm (s/n: BB05531);

aa.  GA Field Hunter firearm (no serial number);

bb.  FNS-40 firearm (no serial number);

cc.  SIG Sauer firearm (s/n: 24B118044);

dd.  Taurus Braztech Rossi firearm (s/n: RH92 5HM139358);

ee.  Winchester Model 94 firearm (s/n: 1964063);

ff.  Militant Gun Works firearm (s/n: MGW0002);

gg.  Heritage Manufacturing firearm (s/n: 1BH471532);

hh. HI Standard firearm (s/n: 1610177);

ii. Henry Repeating Arms firearm (s/n: 170008912);

jj. Caspian Arms lower (s/n: 16903);

kk. Marlin model 336 firearm (s/n: 1811867);

ll. Tactical Life LLC firearm (s/n: TLR-00952);

mm. Militant Gun Works firearm (s/n: MGW0001);

nn. AR-50 firearm (s/n: US386146);

oo. Kimber Amethyst Ultra II firearm (s/n: KAU1672);

pp. Fausti Stefano Field Hunter firearm (s/n: B27236)

qq. Marlin firearm (s/n: 18011867);

rr. FNH FNS-40 firearm, .40 caliber (s/n: GKU0094916);

ss. Anderson MFG, AM15 receiver, multi caliber (s/n: 24124620);

tt. Herbert Schmidt Sierra Six firearm, .22 caliber (s/n: 766033);

uu. Ruger 57 firearm (s/n: 64312655);

vv. assorted ammunition.

Being fully advised of the relevant facts, the Court finds that the assets identified above were involved in or used in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the assets identified above are

**FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on February 26, 2026.

Kyle C. Dudek
United States District Judge