UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 2:25-cr-38-KCD-NPM

FREDERICK CHARLES KUTCHINSKY
    a/k/a "Charles Sheffield"

## AMENDED PRELIMINARY ORDER OF FORFEITURE

The United States moves for an Amended Preliminary Order of Forfeiture for

the following firearms and ammunition:

    a.    Savage Springfield, .410 caliber shotgun (s/n: P547509);

    b.    Henry Repeating Arms firearm, .45 caliber (s/n: BB035112C);

    c.    Kimber Pro Carry II firearm (s/n: KR155684);

    d.    Palmetto State Armory firearm (s/n: RK014985);

    e.    Auto Ordinance Corp. firearm (s/n: AOB02933);

    f.    Ruger Mark IV firearm (s/n: 500371833);

    g.    CBC Rossi Brawler firearm (s/n: 7CD019653U);

    h.    Kimber Micro 9 Sapphire firearm (s/n: PB0150347);

    i.    Kimber Pro Carry II firearm, 9mm (s/n: KR237189);

    j.    Heritage Rough Rider firearm (s/n: F42378);

    k.    Kimber Amethyst Ultra II firearm (s/n: KAU2131);

    l.    Kimber Micro 9 ESV firearm (s/n: PB0290798);

    m.    Heritage Rough Rider firearm (s/n: T38154);

n.      Heritage Rough Rider firearm (s/n: M09054);

o.      Mod 552 firearm (s/n: AG32722);

p.      Kimber Hero firearm (s/n: K718767);

q.      Kimber Micro 9 Rapide firearm, 9mm (s/n: PB0346391);

r.      SIG Sauer P320 firearm (s/n: M17A071271);

s.      Intratech DC9 firearm (s/n: D018878);

t.      Colt Defense firearm, 5.56 caliber (s/n: X001372);

u.      Colt Defense firearm, 5.56 caliber (no serial number);

v.      Tactical Life LLC firearm (s/n: TLR-00865);

w.      SIG Sauer firearm (s/n: 70F015085);

x.      Henry Repeating firearm (s/n: BB05531);

y.      SIG Sauer firearm (s/n: 24B118044);

z.      Taurus Braztech Rossi firearm (s/n: RH925HM139358);

aa.      Winchester Model 94 firearm (s/n: 1964063);

bb.      Militant Gun Works firearm (s/n: MGW0002);

cc.      Heritage Manufacturing firearm (s/n: 1BH471532);

dd.      HI Standard firearm (s/n: 1610177);

ee.      Henry Repeating Arms firearm (s/n: 170008912);

ff.      Caspian Arms lower (s/n: 16903);

gg.      Marlin model 336 firearm (s/n: 1811867);

hh.      Tactical Life LLC firearm (s/n: TLR-00952);

ii.     Militant Gun Works firearm (s/n: MGW0001);

jj.     Armalite AR-50 rifle (s/n: US386146);

kk.     Kimber Amethyst Ultra II firearm (s/n: KAU1672);

ll.     Fausti Stefano Field Hunter firearm (s/n: B27236)

mm.  FNH FNS-40 firearm, .40 caliber (s/n: GKU0094916);

nn.     Anderson MFG, AM15 receiver, multi caliber (s/n: 24124620);

oo.     Herbert Schmidt Sierra Six firearm, .22 caliber (s/n: 766033);

pp.     Ruger 57 firearm (s/n: 64312655);

qq.     assorted ammunition.

Being fully advised of the relevant facts, the Court finds that the assets identified above were involved in or used in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on April 14, 2026.

KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE