UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:25-cr-38-KCD-NPM

FREDERICK CHARLES KUTCHINSKY
   a/k/a "Charles Sheffield"

## FINAL ORDER OF FORFEITURE

The United States moves for a final order of forfeiture for the following

firearms and ammunition, which were subject to an April 14, 2026, amended

preliminary order of forfeiture (Doc. 72):

a.   Savage Springfield, .410 caliber shotgun (s/n: P547509);

b.   Henry Repeating Arms firearm, .45 caliber (s/n: BB035112C);

c.   Kimber Pro Carry II firearm (s/n: KR155684);

d.   Palmetto State Armory firearm (s/n: RK014985);

e.   Auto Ordinance Corp. firearm (s/n: AOB02933);

f.   Ruger Mark IV firearm (s/n: 500371833);

g.   CBC Rossi Brawler firearm (s/n: 7CD019653U);

h.   Kimber Micro 9 Sapphire firearm (s/n: PB0150347);

i.   Kimber Pro Carry II firearm, 9mm (s/n: KR237189);

j.   Heritage Rough Rider firearm (s/n: F42378);

k.   Kimber Amethyst Ultra II firearm (s/n: KAU2131);

l.   Kimber Micro 9 ESV firearm (s/n: PB0290798);

m. Heritage Rough Rider firearm (s/n: T38154);

n. Heritage Rough Rider firearm (s/n: M09054);

o. Mod 552 firearm (s/n: AG32722);

p. Kimber Hero firearm (s/n: K718767);

q. Kimber Micro 9 Rapide firearm, 9mm (s/n: PB0346391);

r. SIG Sauer P320 firearm (s/n: M17A071271);

s. Intratech DC9 firearm (s/n: D018878);

t. Colt Defense firearm, 5.56 caliber (s/n: X001372);

u. Colt Defense firearm, 5.56 caliber (no serial number);

v. Tactical Life LLC firearm (s/n: TLR-00865);

w. SIG Sauer firearm (s/n: 70F015085);

x. Henry Repeating firearm (s/n: BB05531);

y. SIG Sauer firearm (s/n: 24B118044);

z. Taurus Braztech Rossi firearm (s/n: RH925HM139358);

aa. Winchester Model 94 firearm (s/n: 1964063);

bb. Militant Gun Works firearm (s/n: MGW0002);

cc. Heritage Manufacturing firearm (s/n: 1BH471532);

dd. HI Standard firearm (s/n: 1610177);

ee. Henry Repeating Arms firearm (s/n: 170008912);

ff. Caspian Arms lower (s/n: 16903);

gg. Marlin model 336 firearm (s/n: 1811867);

hh.   Tactical Life LLC firearm (s/n: TLR-00952);

ii.   Militant Gun Works firearm (s/n: MGW0001);

jj.   Armalite AR-50 rifle (s/n: US386146);

kk.   Kimber Amethyst Ultra II firearm (s/n: KAU1672);

ll.   Fausti Stefano Field Hunter firearm (s/n: B27236)

mm.   FNH FNS-40 firearm, .40 caliber (s/n: GKU0094916);

nn.   Anderson MFG, AM15 receiver, multi caliber (s/n: 24124620);

oo.   Herbert Schmidt Sierra Six firearm, .22 caliber (s/n: 766033);

pp.   Ruger 57 firearm (s/n: 64312655);

qq.   assorted ammunition.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, from April 17, 2026 through May 16, 2026. Doc. 76. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Sam 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the assets are

**CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on June 18, 2026.

Kyle C. Dudek
United States District Judge